CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff
RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916)333-2222
Facsimile: (916)273-8956
Attorneys for Defendants
David Yang; Sunny Yang; Kenny Taehyun Kim; Aekyung Kim; Hee-June Choi and Mi-Hye Choi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br>    Plaintiff,<br>v.<br>DAVID YANG, in individual and representative capacity as trustee of the David-Sunny Trust dated November 2, 2016; SUNNY YANG, in individual and representative capacity as trustee of the David-Sunny Trust dated November 2, 2016; KENNY TAEHYUN KIM, in individual and representative capacity as trustee of The Kenny Taehyun Kim and Amy Aekyung Kim Trust dated September 21, 2017; AEKYUNG KIM, in individual and representative capacity as trustee of The Kenny Taehyun Kim and Amy Aekyung Kim Trust dated September 21, 2017; HEE-JUNE CHOI, in individual and representative capacity as trustee of The Hee-June and Mi-Hye Choi Living Trust dated January 9, 1993; MI-HYE CHOI, in individual and representative capacity as trustee of The Hee-June and Mi-Hye Choi Living Trust dated January 9, 1993<br>    Defendants. | Case: 3:20-CV-07187-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 22, 2021       CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff

Dated: January 22, 2021       LAW OFFICE OF RICK MORIN, PC

                              By: /s/ Richard Morin
                                  Richard Morin
                                  Attorneys for Defendants
                                  David Yang; Sunny Yang; Kenny
                                  Taehyun Kim; Aekyung Kim; Hee-
                                  June Choi and Mi-Hye Choi

Dated: January 22, 2021       [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

2

Joint Stipulation for Dismissal                    Case: 3:20-CV-07187-JCS

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for David Yang; Sunny Yang; Kenny Taehyun Kim; Aekyung Kim; Hee-June Choi and Mi-Hye Choi, and that I have obtained Mr. Morin's authorization to affix his electronic signature to this document.

Dated: January 22, 2021            CENTER FOR DISABILITY ACCESS

                                             By: /s/ Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff